UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

EDWARD H. FLINT                                                                                          PLAINTIFF

v.                                                                         CIVIL ACTION NO. 3:11CV-276-S

STEVE BESHEAR *et al.*                                                                              DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that this action is dismissed for lack of subject-matter jurisdiction pursuant to this Court's authority under FED. R. CIV. P. 12(h)(3) and *Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999).

Date:

cc:     Plaintiff, *pro se*
        Defendants
4411.008